IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSEPH DRAYTON, JR., #145148,  )
                               )
           Plaintiff,          )
                               )
    v.                         )   CIVIL ACTION NO. 1:20-CV-857-WHA
                               )
SHERIFF DONALD VALENZA, et al.,  )
                               )
           Defendants.         )

## ORDER

On June 16, 2021, the Magistrate Judge entered a Recommendation (Doc. #34) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 8th day of July, 2021.

/s/ W. Harold Albritton
SENIORUNITED STATES DISTRICT JUDGE